Gordon Rees Scully Mansukhani, LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612

NA/43257661v.2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BENNETT,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CKS FINANCIAL, LLC d/b/a WEBCOLLEX, LLC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-CV-03100<br><br>**ORDER RE JOINT STIPULATION TO VACATE DEFAULT JUDGMENT** |

Having reviewed the parties' Joint Stipulation to Vacate Default Judgement, the Court hereby orders as follows:

IT IS ORDERED that the Entry of Default as to Defendant entered on February 4, 2019 is vacated. Defendant shall file a responsive pleading within 30 days of receipt of the Order setting aside and vacating the February 4, 2019 Default

IT IS SO ORDERED.

Dated: 2/7/2019

　　　　　　　　　　　　　　　　　　/S/ JOHN A. MENDEZ          
　　　　　　　　　　　　　　　　　　United States District Court Judge

-1-
**[PROPOSED] ORDER RE JOINT STIPULATION TO VACATE DEFAULT JUDGMENT**