NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN A. BENNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>CKS FINANCIAL, LLC d/b/a WEBCOLLEX, LLC,<br><br>    Defendant. | Case No. 2:18-cv-03100<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, JOHN A. BENNETT ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that this matter is dismissed in its entirety, with prejudice.

Dated:  12/17/2019

                                        /s/ John A. Mendez
                                        Judge, U.S. District Court

1